**U.S. COURTS**

AUG 0 1 2023

UNITED STATES DISTRICT & BANKRUPTCY COURTS ___Rcvd___Filed___Time___
DISTRICT OF IDAHO

STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Stephen W. Kenyon
CLERK OF COURT
208.334.1976



JEFF SEVERSON
DEPUTY CLERK OF COURT
208-334-9464

July 21, 2023

**RECEIVED**

JUL 27 2023

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

To:    Clerk, U.S. District Court District of New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets Room 1050
Camden, NJ 08101

From:  U.S. District Court
550 W. Fort Street, Suite 400
Boise, ID 83724

Re:    U.S. District Court Case No. 2:22-cv-00397-DCN
Rodgers, et al. v. Color Street, LLC, et al.

Dear Clerk of the U.S. District Court District of New Jersey:

This case has been transferred to your District per the enclosed order.

Please acknowledge receipt of the above and return the acknowledgment to the U.S. District Court in Boise.

Received by: U.S.D.C. New Jersey Denise Wolk, Deputy Clerk

Date received: Received by email 7/24/2023 Assigned in NJ

Acknowledgment can be returned to:
Clerk, U.S. District Court, District of Idaho
Attn: Jocelyn Dunnegan, Deputy Clerk
550 West Fort Street, Suite 400
Boise ID 83724

2:23-cv-3943
(KM-MAH)

Enclosure as stated